*Law Offices*
# Nichols ★ Nichols, P.C.
*A Professional Corporation*
1703 Judson Road - Nichols Building
Longview, Texas 75601

Rex A. Nichols
Rex A. Nichols, Jr.

Telephone:
(903) 757-2464

Telefax Number:
(903) 757-2287

E-mail Address:
RexNichols@aol.com

April 9, 2008

Mr. Joseph E. Deems
General Counsel
Claim Professional Liability Ins. Co.
CPLIC Member Services, L.L.C.
16133 Ventura Blvd., Suite 1055
Encino, California 91436

*Via facsimile: (818) 995-6496*

CM/RRR 7007 1490 0000 1773 5936

RE: Cause No. 27582; *Edwin Bush and Charlotte Bush v. Ranchers and Farmers Insurance Company and John T. Parker Claims Service, LLC, et al*; In the Judicial District Court of Jasper County, Texas; Our File No. 690.000

Dear Mr. Deems:

Our firm has been retained as personal counsel for your insured, John T. Parker Claims Service, LLC by and through Mr. Tommy Visage with regard to claims being asserted against John T. Parker Claims Service, LLC and Mr. Visage in Cause No. 27,582 pending in the District Court of Jasper County, Texas.

It is my understanding that John T. Parker Claims Service, LLC is being jointly defended with Ranchers and Farmers Insurance Company through a joint defense agreement you negotiated with the firm of Chambers, Templeton, Cashiola & Thomas and Ranchers and Farmers Insurance Company. It further appears, based upon the information I have reviewed, that the attorney representing John T. Parker Claims Service and Ranchers and Farmers Insurance Company has a significant conflict of interest which should preclude him from any further representation of any party in this case.



PLAINTIFF'S EXHIBIT A

The purpose of this letter is to request that you immediately do what is necessary to properly defend John T. Parker Claims Service, LLC, its officers, agents, and directors from the claims being asserted in the above-referenced matter. Specifically, we are asking that you promptly retain counsel independent of the existing law firm to properly defend John T. Parker Claims Service, LLC and its employees from the claims made the basis of the above-referenced suit.

As you know, this case has been set for trial on August 11, 2008. Obviously, time is of the essence here. If I can be of assistance to you in suggesting counsel to represent John T. Parker Claims Service, I will be happy to do so.

Mr. Visage has asked me to also convey to you and his new counsel that it is his desire to maintain a favorable business relationship with Ranchers and Farmers Insurance Company.

I would also ask that you please send me a copy of all settlement demands, negotiations, status reports, deposition summaries, pleadings, and all communications or other materials that you have received from Mr. Cashiola or his firm regarding this case. I would further request and appreciate you providing me with copies of *all* similar future materials or communications, to or from Mr. Cashiola or others, regarding this case. It is my intention to monitor the progress of the case until it is resolved through either settlement or trial. Please direct all future communications concerning these matters to my attention. Many thanks for your anticipated courtesy and cooperation in this regard.

Awaiting hearing from you, I am

Sincerely,

REX A. NICHOLS, JR.

RANjr/rcc

cc: Ms. Cathleen Wheeler
   Claim Professionals Liability Ins. Co.
   17742 Irvine Blvd., Suite 102
   Tustin, California 92780

CM/RRR 7007 1490 0000 1778 5243