# Law Offices
# Nichols ★ Nichols, P.C.
*A Professional Corporation*
1703 Judson Road - Nichols Building
Longview, Texas 75601

Rex A. Nichols
Rex A. Nichols, Jr.

Telephone:
(903) 757-2464

Telefax Number:
(903) 757-2287

E-mail Address:
RexNichols@aol.com

April 23, 2008

Claim Professional Liability Ins. Co.
ATTN: Mr. Joseph E. Deems
General Counsel
CPLIC Member Services, L.L.C.
16133 Ventura Blvd., Suite 1055
Encino, California 91436

*Via facsimile: (818) 995-6496*

RE: Cause No. 27582; *Edwin Bush and Charlotte Bush v. Ranchers and Farmers Insurance Company and John T. Parker Claims Service, LLC, et al*; In the Judicial District Court of Jasper County, Texas; Our File No. 690.000

Dear Mr. Deems:

I have heard nothing further from you following our telephone conversation on April 15, 2008.

Where do we stand? Likewise, when can I expect to receive the materials we previously requested?

Awaiting hearing from you, I am

Sincerely,

REX A. NICHOLS, JR.

RANjr/rcc



PLAINTIFF'S EXHIBIT B