## Law Offices
# Nichols ★ Nichols, P.C.
*A Professional Corporation*
1703 Judson Road - Nichols Building
Longview, Texas 75601

Rex A. Nichols
Rex A. Nichols, Jr.

Telephone:
(903) 757-2464

Telefax Number:
(903) 757-2287

E-mail Address:
RexNichols@aol.com

April 29, 2008

Claim Professional Liability Ins. Co.
ATTN: Mr. Joseph E. Deems
General Counsel
CPLIC Member Services, L.L.C.
16133 Ventura Blvd., Suite 1055
Encino, California 91436

*Via facsimile: (818) 995-6496*

RE: Cause No. 27582; *Edwin Bush and Charlotte Bush v. Ranchers and Farmers Insurance Company and John T. Parker Claims Service, LLC, et al*; In the Judicial District Court of Jasper County, Texas; Our File No. 690.000

Dear Mr. Deems:

I am in receipt of your letter dated April 25th. As you know, Claim Professionals Liability Insurance Company accepted this claim, without reservation, and has been providing a defense to John Parker Claims since at least October 2007 – approximately 7 months ago. As soon as we pointed out the attorney's obvious conflict-of-interest and with the trial now looming on the horizon this summer, CPLIC hints that they might try to avoid their obligations under Mr. Visage's E&O policy. All of the information set forth in your April 25th letter was known to you when you accepted the claim 7 months ago without reservation of rights. Moreover, you subsequently renewed the *same* policy from February 20, 2008 to February 20, 2009. Again, all of the same information was known to CPLIC when you chose to renew the policy again in 2008.

Never – not once – in our previous telephone conversations have you brought up any of the matters discussed in your April 25 letter. It is my recollection that you did state that you had been in possession of Karen Pullman's deposition (with exhibits) for many months. You also stated that representatives of CPLIC had carefully read her testimony and reviewed all of the exhibits.



PLAINTIFF'S EXHIBIT D

Your insurance company's attempts to now avoid its obligations under the policy paid for by Mr. Visage seem inconsistent with CPLIC's obligation to deal fairly and in good faith with Mr. Visage and John Parker Claims Service. I would ask that you please promptly state, without equivocation and in writing, whether you are now raising some sort of coverage defense so that I can intelligently advise my clients what steps they should take.

Awaiting hearing from you, I am

Sincerely,

REX A. NICHOLS, JR.

RANjr/rcc