# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS – MARSHALL DIVISION
# MARSHALL DIVISION

| | | |
|---|---|---|
| THOMAS VISAGE and JOHN T. PARKER CLAIMS SERVICE | § § § | |
| VS. | § § | CIVIL ACTION NO. 2-08CV193-CE |
| CLAIM PROFESSIONALS LIABILITY INSURANCE COMPANY AND UNDERWRITERS AT LLOYDS | § § § | |

## PLAINTIFFS' NOTICE OF SERVICE
## OF DISCLOSURE REQUIRED UNDER FRCP 26(a)(1)

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE IN AND FOR THE EASTERN DISTRICT OF TEXAS -- MARSHALL DIVISION:**

**NOW COME** Plaintiffs, Thomas Visage and John T. Parker Claims Services, and files this their Notice of Service of Disclosure and would respectfully show as follows:

On or about November 24, 2008, Plaintiffs served on Defendant their disclosure in accordance with Federal Rule of Civil Procedure 26(a)(1), Local Rule CV-26, and the Court's Discovery/Docket Control Order(s).

Respectfully submitted,

Law Offices of
NICHOLS & NICHOLS, P.C.
1703 Judson Road
Longview, Texas 75601
(903) 757-2464
(903) 757-2287 (FAX)


BY: /s/Rex A. Nichols, Jr.
    REX A. NICHOLS, JR.
    State Bar No. 15006330

ATTORNEYS FOR PLAINTIFFS,
THOMAS VISAGE and JOHN T.
PARKER CLAIMS SERVICE


## CERTIFICATE OF DELIVERY

_____This is to certify that a true and correct copy of the above and foregoing instrument has been mailed in compliance with the Federal Rules of Civil Procedure to **Mr. Christopher W. Martin**, MARTIN, DISIERE, JEFFERSON, & WISDOM, L.L.P., 808 Travis, Suite 1800, Houston, Texas 77002, attorney of record for Defendant, Claim Professionals Liability Insurance Company and **Mr. Daryl Derryberry**, DERRYBERRY & ZIPS, P.L.L.C., 100 E. Ferguson, Suite 1212, Tyler, Texas 75702, attorney of record for Defendant Underwriters at Lloyds.

**SIGNED** this 24th day of November, 2008.


/s/Rex A. Nichols, Jr.
REX A. NICHOLS, JR.
ATTORNEY FOR PLAINTIFFS